Martin G. Meier as Trustee for the Avalon Trust
61 Rudgear Drive
Walnut Creek, CA 94596
925-580-9081
mgjmeier@hotmail.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN G. MEIER AS TRUSTEE FOR THE AVALON TRUST,

    DEBTOR

Case No.: 18-41579 CN 11

NON-OPPOSITION TO COURT'S ORDER TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD NOT BE DISMISSED.

Debtor has no opposition to dismissal.

Dated this 8th day of August, 2018.

_____
Martin G. Meier as Trustee for the Avalon Trust

NON-OPPOSITION TO COURT'S ORDER TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD NOT BE DISMISSED. - 1